ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendants*

# UNITED DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT PURTLE, an individual, and MARGRET PURTLE, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS, CWALT, INC., PASS THROUGH CERTIFICATES, SERIES 2007-12T1; BAC HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY, N.A.; DOES 1-10; ROE CORPORATIONS 11-20,<br><br>　　　　　　　　　Defendants. | Case No.: 2:12-cv-00266-GMN-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

　　　To facilitate their ongoing settlement negotiations, Defendants Bank of America, N.A. (**BANA**), as successor by merger to BAC Home Loans Servicing, L.P., The Bank of New York Mellon (**BNY Mellon**), as Trustee for the Certificate Holders, CWALT, Inc., Pass Through Certificates, Series 2007-12T1, and ReconTrust Company, N.A. (**ReconTrust**), by and through their counsel Akerman Senterfitt LLP, and Plaintiffs, Herbert Purtle and Margret Purtle (**Purtle**), by and through their counsel of record, Meier & Fine, LLC stipulate and agree as follows:

/ / /

{23791313;1}

1. The parties agree to continue the existing deadlines agreed to in their initial stipulation and order [**Doc #8**] for an additional 30 days;

2. The hearing on Purtle's motion for preliminary injunction shall be continued until ~~April 25, 2012~~; **Thursday, May 8, 2012 at 2:00 p.m.**

3. BANA, BNY Mellon, and ReconTrust shall file their opposition memorandum to Purtle's motion for preliminary injunction on or before April 11, 2012;

4. Purtle shall file their reply memorandum by April 18, 2012;

5. The temporary restraining order entered by Department II of the Clark County District Court in case A-12-656432-C shall remain in effect pending resolution of Purtle's motion for preliminary injunction. All eviction proceedings and actions concerning the real property located at 8009 Mosaic Harbor Avenue, Las Vegas Nevada 89117 (**the Property**) shall be stayed pending resolution of Purtle's motion for preliminary injunction; and

6. Purtle shall ensure that the funds placed in escrow by Purtle to purchase the Property from Jason Earl shall remain in escrow pending resolution of Purtle's motion for preliminary injunction;

| DATED this 13th day of March, 2012 | DATED this 13th day of March, 2012 |
|---|---|
| **MEIER & FINE LLC** | **AKERMAN SENTERFITT LLP** |
| /s/ Glenn F. Meier | /s/ Steven G. Shevorski |
| GLENN F. MEIER, ESQ. | ARIEL E. STERN, ESQ. |
| Nevada Bar No. 6059 | Nevada Bar No. 8276 |
| 2300 W. Sahara Avenue | STEVEN G. SHEVORSKI, ESQ. |
| Suite 1150 | Nevada Bar No. 8256 |
| Las Vegas, NV 89102 | 1160 Town Center Drive, Suite 330 |
|  | Las Vegas, NV 89144 |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

**IT IS SO ORDERED** this 19th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

{23791313;1}2