GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 011110
pdunkley@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Telephone:     (702) 673-1000
Facsimile:       (702) 673-1001

*Attorneys for Plaintiffs Herbert Purtle, and Margaret Purtle*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| HERBERT PURTLE, an individual; and MARGARET PURTLE, an individual,<br><br>Plaintiff,<br>vs.<br><br>THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 12T1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-12T1; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A; DOES 1 THROUGH 10; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-00266-GMN-PAL<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

\\\

\\\

\\\

\\\

File No.: 1541.041

- 1 -

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED among Plaintiffs HERBERT PURTLE and MARGARET PURTLE, (the "Purtles") by and through their counsel of record, the law firm of MEIER & FINE, LLC, and Defendants, THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR THE CERTIFICATEHOLDERS, CWALT, INC., ALTERNATIVE LOAN TRUST 12T1 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-12T1; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A., (collectively "Defendants") through their attorneys of record, AKERMAN SENTERFITT, that:

1. This case which began in District Court of Clark County Nevada as Case No. A-12-656432-C, and which is now in the U.S. District Court, District of Nevada as 2:12-CV-00266-GMN-PAL, shall be dismissed with prejudice, each party bearing its own costs.

*So stipulated by*

| | |
|---|---|
| MEIER & FINE, LLC | AKERMAN SENTERFITT, LLP |
| /s/ *Peter E. Dunkley* | /s/ *Steven G. Shevorski* |
| GLENN F. MEIER, ESQ. | ARIEL E. STERN, ESQ. |
| Nevada Bar No.6059 | Nevada Bar No. 8276 |
| PETER E. DUNKLEY, ESQ. | STEVEN G. SHEVORSKI, ESQ. |
| Nevada Bar No. 11110 | Nevada Bar No. 8256 |
| 2300 West Sahara Avenue, Suite 1150 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada  89102 | Las Vegas, NV 89144 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED** this 30th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

File No.: 1541.041